DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT SATTEN** and **LUCAS SATTEN,**
Appellants,

v.

**SUPREME TITLE & ESCROW INC.,**
**JASTIN STEPHENSON** and **BRITTNEY STEPHENSON,**
Appellees.

No. 4D21-2514

[June 30, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case No. COCE17-010019(51).

Larry A. Karns of Shrouder, Karns & Mager, P.A., Cooper City, for appellants.

Kimberlee J. De Biase of Breger | De Biase, Hollywood, for appellees Jastin Stephenson and Brittney Stephenson.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***